# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW SEIBEL, | Civil File No. 10-CV-2260-SAC/KGS |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated:  May 28, 2010            By:  /s/ J. Mark Meinhardt
                                J. Mark Meinhardt KS # 20245
                                4707 College Blvd, Suite 100
                                Leawood, KS 66211
                                (913) 451-9797 (Telephone)
                                (913) 451-6163 (Facsimile)
                                meinhardtlaw@sbcglobal.net

                                **ATTORNEY FOR PLAINTIFF**